IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. |
| | )    2:98-CV-1250-MHT |
| TOWN OF LOWNDESBORO, | ) |
| | ) |
|     Defendant. | ) |

**JOINT MOTION TO SHOW CAUSE**

Pursuant to this Court's Order of December 8, 2006, (No. 693) in *Dillard v. Crenshaw County,* The State of Alabama, by and through the undersigned liaison counsel, and the Dillard Plaintiffs, by and through one of their attorneys, jointly move this Court to direct the Town of Lowndesboro, the defendant in this action, to show cause why this case should not be dismissed. In support of this Joint Motion, the parties state:

1. In a First Order Tentatively Approving Compromise and Requiring Notice to the Class entered on March 4, 1988, this Court tentatively approved a settlement that directed, among other things, that the Lowndesboro Town Council consist of five members elected at-large, without designated or numbered places and with the five candidates receiving the most votes being elected and each voter casting no more than two votes. Subsequently, in an Interim Order entered on June 17, 1988, this Court directed that the 1988 elections be conducted in accordance with the substantive provisions of the Dillard Plaintiffs' settlement proposal, provisions that had been incorporated in the First Notice of March 4, 1988. While the settlement proposal has not

been finally approved, the Town of Lowndesboro has conducted its elections for positions on the Town Council in accordance with that proposal to this day.

2.  In Act No. 2006-252, the Alabama Legislature provided a state-law basis for the remedial order entered in this case. The Legislature further provided that the size of the Town Council, its method of election, or both, can be changed by general or local law in the future. Act No. 2006-252 was precleared on July 19, 2006, and is therefore effective and enforceable.

3.  In the past, federal court orders, some entered by consent and some entered without the consent of the defendants, changing the size of the local governing body, its method of election, or both, have been challenged on the ground that they may have exceeded the court's remedial powers, conflicted with state law or both. With respect to the Town of Lowndesboro, Act No. 2006-252 moots any such contention.

4.  The dismissal of this case will leave the limited voting scheme in place.

5.  Pursuant to this Court's Order, in conjunction with the filing of this Motion, a version of Exhibits A and B in Word or WordPerfect format will be e-mailed to the court.

WHEREFORE, the State and the Plaintiffs jointly request that this Court:

A.  Enter an Order in the form of Exhibit A requiring the Town of Lowndesboro to show cause why this Court should not enter judgment approving the compromise and declare that Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the First Notice in this action, why the injunction should not then be dissolved, and why this action should not be dismissed; and

B.  Unless, within 60 days from the issuance of said order, good cause otherwise is shown, enter a final judgment in the form of Exhibit B:

(1)  approving the compromise and declaring that Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the First Notice in this action;

(2)  dissolving the injunction in this action; and

(3)  dismissing this action.

Pursuant to paragraph II. C. 3 of this Court's CM/ECF Administrative Procedures - Civil, I certify that counsel for the Dillard Plaintiff class has agreed to this Motion and to the Exhibits to this Motion.

Respectfully submitted March 16, 2007.

> **TROY KING (KIN047)**
> **ATTORNEY GENERAL**
> **BY:**
>
> **s/ John J. Park, Jr.**
> John J. Park, Jr. Bar Number: (PAR041)
> Special Deputy Attorney General
> Office of the Attorney General
> 11 S. Union Street
> Montgomery, AL  36130-0152
> Telephone:  (334) 242-7300
> Fax:  (334) 353-8440
> E-mail:  jpark@ago.state.al.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

Town of Lowndesboro
P. O. Box 130
Lowndesboro, AL 36752

James U. Blacksher, Esq.
jblacksher@ns.sympatico.ca

Edward Still, Esq.
docket@votelaw.com; votelaw@bellsouth.net

s/ John J. Park, Jr.
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us