IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **JOHN DILLARD, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:87-CV-1250-MHT |
| **TOWN OF LOWNDESBORO,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by May 15, 2007, as to why said motion should not be granted as requested.

DONE this 16th day of March, 2007.

_____
**UNITED STATES DISTRICT JUDGE**