IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,         )
                              )
    Plaintiffs,               )
                              )
    v.                        )        CIVIL ACTION NO.
                              )        2:87cv1250-MHT
TOWN OF LOWNDESBORO,          )
                              )
    Defendant.                )


ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by May 15, 2007, as to why said motion should not be granted as requested.

DONE, this the 16th day of March, 2007.


                    ___/s/ Myron H. Thompson___
                    UNITED STATES DISTRICT JUDGE